IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MAJOR LEAGUE JEWELERS, INC.,

    Plaintiff,

v.

CASE NO.: 22-62137-Civ-Scola

JEWELERS MUTUAL INSURANCE COMPANY,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, MAJOR LEAGUE JEWELERS, INC., and Defendant, JEWELERS MUTUAL INSURANCE COMPANY, file this Joint Notice of Settlement to advise the Court that the parties have reached an agreement contingent upon execution of a mutually agreeable release and timely payment of the settlement funds. The parties will file the appropriate dismissal documents upon confirmation that the terms of the settlement have been performed.

Respectfully submitted this 12th day of July, 2023.

| YOUR INSURANCE ATTORNEY, PLLC | BUTLER WEIHMULLER KATZ CRAIG LLP |
|---|---|
| s/ Idelys Martinez, Esq. | s/ Vincent A. Fernandez, Esq. |
| IDELYS MARTINEZ, ESQ. | WILLIAM R. LEWIS, ESQ. |
| Florida Bar No. 1011047 | Florida Bar No.: 0879827 |
| im@yourinsuranceattorney.com | wlewis@butler.legal |
| DAVID F. GARCIA, ESQ. | VINCENT A. FERNANDEZ, ESQ. |
| Florida Bar No. 87055 | Florida Bar No.: 1004601 |
| DFG@yourinsuranceattorney.com | vfernandez@butler.legal |
| YIA20@yourinsuranceattorney.com | Secondary: ebeynon@butler.legal |
| 2601 South Bayshore Drive, 18th Floor | tgarcia@butler.legal |
| Coconut Grove, FL 33133 | 400 N. Ashley Drive, Suite 2300 |
| Telephone: 786-788-4970 | Tampa, Florida 33602 |
| Facsimile: 1-888-745-5677 | Telephone: (813) 281-1900 |
| *Counsel for Plaintiff* | Facsimile: (813) 281-0900 |
| | *Attorneys for Defendant* |